AUGUST 16, 1939

**No. 41975.**————————————————————.—Protest 882391–G of M. Pressner & Co. Abstract 41852. Application by plaintiffs for rehearing granted.

AUGUST 18, 1939

**No. 41976.**————————————————————Protest 941618–G of B. A. McKenzie & Co., Inc. Abstract 41665. Application by plaintiff for rehearing granted.

BEFORE THE SECOND DIVISION, AUGUST 23, 1939

**No. 41977.**—Protest 74235–G of R. H. Macy & Co., Inc. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel the merchandise in question was held dutiable at 75 percent under paragraph 1430 as follows: Normandy laces similar to those the subject of *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. 40), lace window curtains the same as those passed upon in *Billwiller* v. *United States* (T. D. 44911), filet articles like those the subject of *United States* v. *Jabara* (22 C. C. P. A. 77, T. D. 47065), articles embroidered and in part of lace like the merchandise involved in *United States* v. *Smith* (12 Ct. Cust. Appls. 384, T. D. 40544), and embroidered silk veils similar to those the subject of *United States* v. *Ramig* (17 C. C. P. A. 365, T. D. 43809).

**No. 41978.**—Protest 42695–G, etc., of Stern Bros. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel and on the authority of *Amrein* v. *United States* (T. D. 49551) the Normandy laces in question were held dutiable at 75 percent under paragraph 1430 as claimed. Cushions and other embroidered articles similar to those the subject of *Pustet* v. *United States* (13 Ct. Cust. Appls. 530, T. D. 41396) were held dutiable at the same rate.

**No. 41979.**—Protests 103059–G, etc., of Max Taub (New York).

Opinion by TILSON, J. It was stipulated that the merchandise consists of articles in chief value of cellulose filaments similar to those involved in Abstract 37230. The claim at 60 percent under paragraph 31 was therefore sustained.